# Court of Appeals
# of the State of Georgia

ATLANTA,  March 17, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0235. ROGER L. HICKS et al. v. PISSARRO WRIGHT et al.

On August 31, 2020, the trial court entered an order granting Plaintiffs' motion for attorney fees and expenses against their former attorney, Roger Hicks. On November 17, 2020, Hicks filed an application for discretionary appeal seeking review of the trial court's order. We dismissed Hicks's application for lack of jurisdiction because it was not filed timely. See Case No. A21D0119, dismissed December 10, 2020. In the instant application, Hicks again seeks review of the same order. We lack jurisdiction.

As we informed Hicks in the previous dismissal order, an application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). Here, Hicks filed the instant application 179 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider this application, which is hereby DISMISSED. See *Hill*, supra.

We caution the applicant that, pursuant to Court of Appeals Rule 7 (e) (2), this Court is empowered to impose sanctions upon a party who files a frivolous appeal, application, or motion. Future filings that have no substantial basis in law or fact may result in the imposition of sanctions.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __03/17/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*